HELEN R. COOKMAN, Appellant, *v.* MORGAN A. STODDARD et al., Respondents.

*Cookman* v. *Stoddard*, 132 App. Div. 485, affirmed.
(Argued December 8, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 2, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action against the sureties on an administrator's bond to recover an amount adjudged to be due plaintiff as legatee.

*C. S. Mereness, Jr.*, for appellant.

*B. H. Loucks* and *Frank Bowman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.